MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

         HAROLD KIYUKLOOK       vs.    UNITED STATES OF AMERICA

BEFORE THE HONORABLE: SCOTT HUGH RASH  CASE NO. 3:23-cv-00089-SHR

DEPUTY CLERK:              SUZANNETTE DAVID

OFFICIAL REPORTER:         SONJA REEVES

APPEARANCES:    PLAINTIFF: DAVID NELSON HENDERSON
                           JIM J. VALCARCE

                DEFENDANT: GLENN JAMES SHIDNER
                           JACQUELYN A. TRAINI

PROCEEDINGS: TRIAL BY COURT - DAY 3 HELD FEBRUARY 6, 2025
At 9:33 a.m. court reconvened in Anchorage Courtroom 3.

Martha Kiyuklook sworn and testified on behalf of the plaintiff. Defendant's exhibit E **IDENTIFIED.**

At 11:03 a.m. court recessed until 11:25 a.m.

Martha Kiyuklook resumed the stand and testified further on behalf of the plaintiff. Defendant's exhibit E **IDENTIFIED.**

At 11:49 a.m. court recessed until 11:59 a.m.

Harold Kiyuklook sworn and testified on behalf of the plaintiff. Defendant's exhibits B, D **IDENTIFIED.**

At 1:02 p.m. court recessed until 2:08 p.m.

Harold Kiyuklook resumed the stand and testified further on behalf of the plaintiff. Defendant's exhibits A13, D **IDENTIFIED.**

At 2:50 p.m. court recessed until 3:00 p.m.

Harold Kiyuklook resumed the stand and testified further on behalf of the plaintiff. Defendant's exhibits A8, B, D **IDENTIFIED.**

Continued to Page 2

(Revised 1-29-2015)

```
                    CONTINUATION – PAGE 2
              KIYUKLOOK v. UNITED STATES OF AMERICA
                        3:23-cv-00089-SHR
                      TRIAL BY COURT – DAY 3
                        FEBRUARY 6, 2025
```
--------------------------------------------------------------------

Court and counsel heard re Plaintiff's exhibit 2.

Hugh Richards sworn and testified on behalf of the plaintiff as an expert.

At 4:01 p.m. court recessed until 4:08 p.m.

Hugh Richards resumed the stand and testified further on behalf of the plaintiff as an expert.

Court and counsel heard re Plaintiff's exhibit 72; **ADMITTED.**

Court and counsel heard re trial scheduling/witnesses and Motion to Quash (dkt 76).

At 4:39 p.m. court recessed this matter to reconvene **Friday, February 7, 2025 at 9:00 a.m.**

DATE:   February 6, 2025        DEPUTY CLERK'S INITIALS:   SCD

(Revised 1-29-2015)